

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>**CRYSTAL TAYLOR-HUTCH**<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:23cr61 |

**-FILED-**

JUL 25 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CRYSTAL TAYLOR-HUTCH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date:    07/20/2023

Chanda J. Berta (rmf)
*Issuing officer's signature*

City and state:    HAMMOND, INDIANA

CHANDA J. BERTA, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 7/20/23, and the person was arrested on *(date)* 7/25/23
at *(city and state)* Merrillville, IN

Date: 7/25/23

_____
*Arresting officer's signature*

R. Kucera / Special Agent
*Printed name and title*    SBA 616