UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO: 2:23-CR-61 |
| NAKIA HUTCH, | ) | |
| CRYSTAL TAYLOR-HUTCH, | ) | |
| Defendants. | ) | |

**ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. *See, e.g., United States v. Lawson*, 810 F.3d 1032, 1043 (7th Cir. 2016). The court will deem any request for *Brady* material to be directed to the government rather than to the Court under *United States v. Agurs*, 427 U.S. 97 (1976).

ENTERED this 31st day of July, 2023.

                                                      s/John E. Martin
                                                      Hon. John E. Martin
                                                      United States Magistrate Judge