**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:23-CR-61-JTM-JEM |
| | ) | |
| CRYSTAL TAYLOR-HUTCH and | ) | |
| NAKIA HUTCH, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Continue PreTrial and Trial [DE 19], filed by Defendant Taylor-Hutch on September 27, 2023. Defendant Taylor-Hutch requests a continuance of the jury trial setting to allow time to investigate the allegations in the Indictment, review discovery, discuss a plea agreement, and prepare for trial. Counsel for Defendant Taylor-Hutch represents that Defendant Taylor-Hutch has been advised and agrees that the delay in proceeding to trial occasioned by this continuance is excludable for purposes of the Speedy Trial Act, and further represents that counsel for the Government and for Defendant Hutch do not object to the request. Counsel for Defendant Taylor-Hutch represents that counsel for Defendant Hutch represents that Defendant Hutch has been advised and agrees that the delay in proceeding to trial occasioned by this continuance is excludable for purposes of the Speedy Trial Act.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants in a speedy trial, in that a failure to grant such a continuance would unreasonably deny Defendants the reasonable assistance of counsel and time necessary for effective preparation for trial, and taking into account the exercise of due diligence, the Court hereby **GRANTS** Defendant's Motion to Continue PreTrial and Trial [DE 19] for both Defendants.

1

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. § 3161(h)(6), 3161(h)(7)(A), and (h)(7)(B)(i) and (iv).

The Court **VACATES** the current final pre-trial conference and jury trial settings. The Court **SETS** the Final Pretrial Conference for **December 21, 2023, at 11:00 a.m.**, before Magistrate Judge John E. Martin; and as a third setting for Jury Trial for **January 16, 2024, at 8:30 a.m.** (Central Time), before District Court Judge James T. Moody.

Trial counsel are **ORDERED** to submit all pre-trial filings (including but not limited to proposed voir dire, jury instructions, and motions in limine) on or before the Final Pretrial Conference on **December 21, 2023,** and to appear in person for the Final Pretrial Conference.

The Court **REMINDS** the parties that any plea agreement is to be filed in writing with the District Court by **January 9, 2024**. Late pleas may result in the imposition of jury costs against the delaying party(ies) and/or counsel by the District Court.

SO ORDERED this 29th day of September, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record

2